Anthony GONSALVES et al.

v.

ALPINE COUNTRY CLUB.

No. 80–372–M.P.

Supreme Court of Rhode Island.

July 16, 1981.

Shuman, Ross & White, Robert A. Shuman, Stephen R. White, Providence, for petitioners.

Christopher F. Long, Johnston, for respondent.

ORDER

The petitioner's motion asking that we reconsider our order denying and dismissing this petition, R.I., 431 A.2d 444, for lack of prosecution is denied.

MURRAY, J., did not participate.

In re GRAND JURY SUBPOENA DUCES TECUM ADDRESSED TO DOMENIC PETRONIO, M.D.

No. 81–178–M.P.

Supreme Court of Rhode Island.

July 16, 1981.

Mandell, Aisenberg & Goodman, Martin W. Aisenberg, Mark S. Mandell, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Joseph P. Ippolito, Jr., Special Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

In re GRAND JURY SUBPOENA DUCES TECUM ADDRESSED TO ORTHOPEDIC SPECIALISTS, INC.

No. 81–286–M.P.

Supreme Court of Rhode Island.

July 16, 1981.

Martin W. Aisenberg, Mark S. Mandell, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.